IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| SETH N. ALEXANDER, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No.   4:09-cv-2105-KOB-TMP |
| | ) | |
| ERIC HOLDER, Attorney General of | ) | |
| the United States; et al., | ) | |
| | ) | |
| Respondents. | ) | |

O R D E R

On May 21, 2010, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed as moot. No objections have been filed.[1]

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be and the same is hereby DISMISSED as MOOT.

DONE and ORDERED this 8th day of June 2010.

*Karon O. Bowdre*
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE

---

1. The court notes that the petitioner's copy of the report and recommendation was returned by the postal service, marked "Returned to sender. Rel. 3/2/10."